**Dismissed and Opinion Filed January 3, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00509-CV

### WAL-MART ASSOCIATES, INC., WAL-MART STORES TEXAS, LLC, DBA WAL-MART STORES TEXAS 2007, LLC, WAL-MART STORES TEXAS, LLC DBA WALMART NEIGHBORHOOD MARKET #5624, ET AL., Appellants
### V.
### PEDRO GARCIA, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-00329**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Evans
Opinion by Justice Molberg

Before the Court is Appellants' Unopposed Motion to Lift Stay and to Dismiss with Prejudice, which states the parties recently settled this dispute at mediation. The Court had previously stayed all proceedings in the trial court pending resolution of the appeal or further order of this Court. Appellants' motion does not describe any agreement between the parties regarding appellate costs and does not attach any settlement agreement.

We grant Appellants' motion, lift our prior order of June 4, 2019, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs will be taxed against Appellant, subject to any agreement between the parties for a different apportionment of costs. *See* TEX. R. APP. P. 42.1(d).

Having dismissed the appeal at Appellant's request, our mandate will issue forthwith.

/Ken Molberg//
KEN MOLBERG
JUSTICE

190509f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WAL-MART ASSOCIATES, INC., WAL-MART STORES TEXAS, LLC, DBA WAL-MART STORES TEXAS 2007, LLC, WAL-MART STORES TEXAS, LLC DBA WALMART NEIGHBORHOOD MARKET #5624, ET AL., Appellants

No. 05-19-00509-CV      V.

PEDRO GARCIA, Appellee

On Appeal from the 160th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-19-00329.
Opinion delivered by Justice Molberg.
Justices Reichek and Evans participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee PEDRO GARCIA recover his costs of this appeal from appellants WAL-MART ASSOCIATES, INC., WAL-MART STORES TEXAS, LLC, DBA WAL-MART STORES TEXAS 2007, LLC, WAL-MART STORES TEXAS, LLC DBA WALMART NEIGHBORHOOD MARKET #5624, ET AL.

Judgment entered this 3rd day of January 2020.